IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-60508
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

February 11, 2019

Lyle W. Cayce
Clerk

TRAESEY L. HORTON, also known as Tracy L. Horton,

Plaintiff - Appellant

v.

AUSTRILIS OIL AND GAS,

Defendant - Appellee

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:18-CV-14

_____

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.